# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-CV-6485

---

**Roor International BV and Sream, Inc.**

Plaintiff

**vs.**

**Tobacco Outlet Depot, Inc. d/b/a Tobacco Outlet and Mohammad Anis**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Alias Summons & Complaint For Injunctive Relief and Damages**

PARTY SERVED: **TOBACCO OUTLET DEPOT, INC. D/B/A TOBACCO OUTLET**

PERSON SERVED: **MOHAMMAD ANIS, REGISTERED AGENT**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **02/12/2020 at 9:50 PM**

ADDRESS, CITY AND STATE: **4401 MADISON ST, SKOKIE, IL 60076**

DESCRIPTION: **Middle Eastern, Male, 45, 5'10", 190 lbs, Black/Balding hair**

I declare under penalties of perjury that the information contained herein is true and correct.

Steven A. Stosur, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 13th day of February, 2020.

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/28/21

---

CLIENT: **Langone, Johnson & Cassidy, LLC**
FILE #:

Tracking #: **428823**