UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

RooR International BV, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:19–cv–06485
                                                        Honorable Jorge L. Alonso

Tobacco Outlet Depot, Inc., et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 3, 2020:

    MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held. Telephonic motion hearing held. For the reasons stated on the record, Plaintiffs' motion for default judgment pursuant to rule 55(b) [31] is granted. Plaintiffs are directed to submit a proposed order not including costs to Judge Alonso's proposed order email address. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.